```
             FILED      ENTERED
             LODGED     RECEIVED
01
              JAN 23 2012
02              AT SEATTLE
             CLERK U.S. DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
03      BY                          DEPUTY
                                              11-CV-01786-ORD
04
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL FRANCIS MOYNIHAN, JR., ) | CASE NO. C11-1786-MJP |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL |
| 2ND CONGRESSIONAL DISTRICT, ) | |
| Defendant. ) | |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) This matter is DISMISSED with prejudice for failure to state a claim upon which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii); and

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Mary Alice Theiler.

///

ORDER OF DISMISSAL
PAGE -1

01 DATED this __17__ day of __January__, 2012.

03 *[signature]*
MARSHA J. PECHMAN
Chief United States District Judge

ORDER OF DISMISSAL
PAGE -2